```
LISA OTIS DAVIS
607 MARTIN LUTHER KING JR DR
POPLARVILLE, MS 39470

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRANKLIN
P.O. BOX 880
TOCCOA, GA 30577


LAKEVIEW CARDIOLOGY
P.O. BOX 668
BRENTWOOD, TN 37024


MOHELA
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

PEARL RIVER CO HOSPITA
P.O. BOX 15203
HATTIESBURG, MS 39404


PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

SELECT PORTFOLIO
ATTN: BANKRUPTCY
PO BOX 65250
SALT LAKE CITY, UT 84165

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232
```