**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| **IN RE:** : | **CASE NO: 26-50104-KMS** |
| : | **CHAPTER: 13** |
| : | |
| **LISA OTIS DAVIS, AKA LISA O DAVIS** : | |
| **Debtor** : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| **SELECT PORTFOLIO SERVICING, INC.** : | |
| **AS SERVICER FOR U.S. BANK TRUST** : | |
| **COMPANY, NATIONAL ASSOCIATION,** : | |
| **AS TRUSTEE, AS SUCCESSOR-IN-** : | |
| **INTEREST TO U.S. BANK NATIONAL** : | |
| **ASSOCIATION, AS TRUSTEE, ON** : | |
| **BEHALF OF THE HOLDERS OF THE** : | |
| **J.P. MORGAN MORTGAGE** : | |
| **ACQUISITION TRUST 2006-CH2 ASSET** : | |
| **BACKED PASS-THROUGH** : | |
| **CERTIFICATES, SERIES 2006-CH2,** : | |
| **Movant,** : | |
| : | **CONTESTED MATTER** |
| **vs.** : | |
| : | |
| **LISA OTIS DAVIS, AKA LISA O DAVIS** : | |
| **WARREN A. CUNTZ T1, JR., Trustee** : | |
| **Respondents.** : | |

## OBJECTION TO CONFIRMATION

COMES NOW, **Select Portfolio Servicing, Inc. as servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2**, its successors or assigns, (hereinafter referred to as "Movant") and shows the Court that for reasons set out below, Movant objects to the confirmation of the Debtor`s Plan;

1.

Movant will timely file a Proof of Claim, on or before the Proof of Claim Bar Date, listing

a total debt payoff of approximately **$256,335.37** and an interest rate of **3.000%**. The loan matured **August 1, 2021**, which was prior to the pendency of the instant case and must be paid in full prior to the expiration of the lien which would be August 1, 2027. The Debtor`s Plan does not treat the claim to be paid in full during the case prior to August 1, 2027.

2.

Furthermore, Debtor`s plan also fails to provide treatment for taxes and/or insurance. Movant hereby requests that all taxes and insurance are timely paid directly by Debtor to the proper entity. For these reasons, Movant objects to confirmation of the plan in its current form.

WHEREFORE, **Select Portfolio Servicing, Inc. as servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2**, its successors or assigns, prays that this Court inquire as to the matters raised herein and deny confirmation of the Debtor`s Plan, or enter such orders and require such further inquiry as may appear appropriate to the Court.

Dated: 03/26/26

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor

<u>**CERTIFICATE OF SERVICE**</u>

      I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Objection to Confirmation to be served by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Lisa Otis Davis, aka Lisa O Davis
607 Martin Luther King Jr Dr
Poplarville, MS 39470

Nicholas T Grillo, Esq.
Grillo Law Firm
607 Corinne Street, Suite A3
Hattiesburg, MS 39401

Warren A. Cuntz T1, Jr., Trustee
P. O. Box 3749
Gulfport, MS 39505-3749

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

This **26th** day of **March, 2026**

By: <u>/s/ Natalie Brown</u>
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor