**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: LISA OTIS DAVIS**                    **CHAPTER 13**
                                              **Case No. 26-50104-KMS**

**TRUSTEE'S OBJECTION TO CONFIRMATION**

COMES NOW the Chapter 13 Trustee and files this Objection to Confirmation, and in support hereof, would show the following, to-wit:

**1.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**2.**

The Trustee objects to confirmation of Debtor's proposed plan (Dkt. 13). The plan omits treatment for the secured claim filed by Coastal Credit, Claim No. 5-1.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that this Objection be received and filed and that an Order be entered denying confirmation of Debtor's proposed plan (Dkt. 13).

DATED, this the __26th__ day of __March__ 2026.

Respectfully submitted,

/s/ _____

PHILLIP BRENT DUNNAWAY

1

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above and foregoing Trustee's Objection to Confirmation to:

David Asbach, Esq., United States Trustee     USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., for Debtor     trollins@therollinsfirm.com

DATED this the __26th__ day of __March__ 2026.

/s/ _____

PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505-3749
(228) 831-9531

2