MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   Lisa Otis Davis, aka Lisa O Davis                          Case No.:  26-50104-KMS

_____
*Debtor(s)*                                                        Chapter:  13

**Corporate Ownership Statement**

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Select Portfolio Servicing, Inc. as servicer for U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2 _____, a
[Name of Corporate Party]

**[Check One]**

[X] Party to a contested matter **Miss. Bankr. L.R. 9014-1 (c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[X] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

U.S. Bankcorp

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date:  3/26/26                     /s/ Natalie Brown
                                   Attorney Signature

                                   Natalie Brown                           100802
                                   Attorney Name                           State Bar Number

                                   3145 Avalon Ridge Place, Suite 100
                                   Address
                                   Peachtree Corners, GA 30071
                                   City, State, and Zip Code

                                   (877) 813-0992            nbrown@rlselaw.com
                                   Telephone Number          Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**