**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

| | |
|---|---|
| **IN RE:** | **: CASE NO: 26-50104-KMS** |
| | **: CHAPTER: 13** |
| | **:** |
| **LISA OTIS DAVIS, AKA LISA O DAVIS** | **:** |
| Debtor | **:** |
| - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - |
| **SELECT PORTFOLIO SERVICING, INC. AS** | **:** |
| **SERVICER FOR U.S. BANK TRUST** | **:** |
| **COMPANY, NATIONAL ASSOCIATION, AS** | **:** |
| **TRUSTEE, AS SUCCESSOR-IN-INTEREST** | **:** |
| **TO U.S. BANK NATIONAL ASSOCIATION,** | **:** |
| **AS TRUSTEE, ON BEHALF OF THE** | **:** |
| **HOLDERS OF THE J.P. MORGAN** | **:** |
| **MORTGAGE ACQUISITION TRUST 2006-** | **:** |
| **CH2 ASSET BACKED PASS-THROUGH** | **:** |
| **CERTIFICATES, SERIES 2006-CH2,** | **:** |
| Movant, | **:** |
| | **: CONTESTED MATTER** |
| **vs.** | **:** |
| | **:** |
| **LISA OTIS DAVIS, AKA LISA O DAVIS** | **:** |
| **WARREN A. CUNTZ T1, JR., Trustee** | **:** |
| Respondents. | **:** |

**AMENDED CERTIFICATE OF SERVICE**

I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Objection to Confirmation to be served by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Lisa Otis Davis, aka Lisa O Davis
607 Martin Luther King Jr Dr
Poplarville, MS 39470

Thomas Carl Rollins, Jr, Esq.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Warren A. Cuntz T1, Jr.
P. O. Box 3749
Gulfport, MS 39505-3749

United States Trustee
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201


Executed on: 4/1/2026

By: /s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
nbrown@rlselaw.com
Attorney for Creditor