United States Bankruptcy Court

Southern District of Mississippi

In re:                                              Case No. 26-50104-KMS

Lisa Otis Davis                           Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                           User: mssbad                         Page 1 of 2

Date Rcvd: Apr 01, 2026                     Form ID: pdf012                   Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**         **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2026:**

**Recip ID**                 **Recipient Name and Address**

db                    + Lisa Otis Davis, 607 Martin Luther King Jr Dr, Poplarville, MS 39470-2503

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2026                           Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Natalie Kareda Brown

           on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank Nat nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Natalie Kareda Brown

           on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. AS SERVICER FOR U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOL nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Phillip Brent Dunnaway

           on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com

Thomas Carl Rollins, Jr

           on behalf of Debtor Lisa Otis Davis trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

District/off: 0538-6                                  User: mssbad                                          Page 2 of 2
Date Rcvd: Apr 01, 2026                          Form ID: pdf012                                  Total Noticed: 1

United States Trustee
                          USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

                          wcuntzcourt@gport13.com  waccourt1@gmail.com


TOTAL: 6



**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: April 1, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    LISA OTIS DAVIS                                   CASE NO. 26-50104 KMS

        DEBTOR .                                         CHAPTER 13

### ORDER RESETTING HEARING

This matter came on this date on the Objection to Confirmation filed by Select Portfolio Servicing (the "Objection") (Dkt. #18) and the Court having considered the facts herein, finds that the hearing on April 2, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection hereby is continued and reset for June 4, 2026, at 10:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841