# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50104          **Case Name:** Lisa Otis Davis

**Set:** 04/02/2026 10:00 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Select Portfolio Servicing Inc. (Dkt. #18) - RESET TO 6/4/26 PER REQUEST OF PARTIES

Objection to Confirmation filed by the Trustee (Dkt. #19)- AGREED ORDER TO BE SUBMITTED BY DUNNAWAY; EMAIL RECEIVED FROM DUNNAWAY

---

Minute Entry Re: (related document(s): [7] Confirmation Hearing) The Objection filed by Select Portfolio Servicing (Dkt. #18) is reset to 6/4/26. Dunnaway to submit an Agreed Order on the Objection filed by the Trustee [19]. Order due by 04/16/2026. Confirmation hearing removed. (mcc)

EXTENDED TO 4/30/26 (CC 4/17/26)