

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: April 24, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE: LISA OTIS DAVIS

CHAPTER 13
Case No. 26-50104-KMS

### AGREED ORDER RESOLVING
### TRUSTEE'S OBJECTION TO CONFIRMATION (DKT. 19)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Confirmation (Dkt. 19), and the Court being advised that the Debtor has filed an amended plan which resolved the issue presented for adjudication, orders as follows:

IT IS THEREFORE ORDERED that based upon the Debtor filing an amended plan (Dkt. 25), which resolved the issue presented for adjudication, the Trustee's confirmation objection (Dkt. 19) is hereby deemed moot and withdrawn without prejudice.

*##END OF ORDER##*

Agreed Order Prepared and Submitted by:

Phillip Brent Dunnaway, Esq.
Attorney for Trustee
P.O. Box 3749
Gulfport, MS 39505-3749

Approved by:

*/s/ T.C. Rollins, Esq. w/permission PBD*

Thomas Carl Rollins, Jr., Esq.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236