United States Bankruptcy Court

Southern District of Mississippi

In re:

Lisa Otis Davis

     Debtor

Case No. 26-50104-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2

Date Rcvd: Apr 24, 2026      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Lisa Otis Davis, 607 Martin Luther King Jr Dr, Poplarville, MS 39470-2503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Natalie Kareda Brown | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank Nat nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Natalie Kareda Brown | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. AS SERVICER FOR U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOL nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lisa Otis Davis trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6                         User: mssbad                                    Page 2 of 2
Date Rcvd: Apr 24, 2026                      Form ID: pdf012                              Total Noticed: 1

United States Trustee
                        USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
                        wcuntzcourt@gport13.com  waccourt1@gmail.com


TOTAL: 6



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: April 24, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE:  LISA OTIS DAVIS

CHAPTER 13
Case No. 26-50104-KMS

## AGREED ORDER RESOLVING
## TRUSTEE'S OBJECTION TO CONFIRMATION (DKT. 19)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to Confirmation (Dkt. 19), and the Court being advised that the Debtor has filed an amended plan which resolved the issue presented for adjudication, orders as follows:

IT IS THEREFORE ORDERED that based upon the Debtor filing an amended plan (Dkt. 25), which resolved the issue presented for adjudication, the Trustee's confirmation objection (Dkt. 19) is hereby deemed moot and withdrawn without prejudice.

*##END OF ORDER##*

Agreed Order Prepared and Submitted by:

Phillip Brent Dunnaway, Esq.
Attorney for Trustee
P.O. Box 3749
Gulfport, MS 39505-3749

Approved by:

*/s/ T.C. Rollins, Esq. w/permission PBD*
Thomas Carl Rollins, Jr., Esq.
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236