

**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: June 3, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **LISA OTIS DAVIS**                               **CASE NO. 26-50104 KMS**

    **DEBTOR .**                                       **CHAPTER 13**

## ORDER RESETTING HEARING

This matter came on this date on the Objection to Confirmation filed by Select Portfolio Servicing, Inc. (the "Objection") (Dkt. #18) and the Court having considered the facts herein, finds that the hearing on June 4, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection hereby is continued and reset for August 6, 2026, at 10:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841