United States Bankruptcy Court

Southern District of Mississippi

In re:

Lisa Otis Davis

     Debtor

Case No. 26-50104-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 04, 2026 | Form ID: ntcds13v | Total Noticed: 16 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Otis Davis, 607 Martin Luther King Jr Dr, Poplarville, MS 39470-2503 |
| cr | + | U.S. Bank Trust Company, National Association, as, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5622346 | | 1ST FRANKLIN FINANCIAL, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |
| 5615382 | + | Lakeview Cardiology, P.O. Box 668, Brentwood, TN 37024-0668 |
| 5615384 | + | Pearl River Co Hospita, P.O. Box 15203, Hattiesburg, MS 39404-5203 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5615381 | + | Email/Text: bankruptcy@1ffc.com | Aug 04 2026 19:57:00 | 1st Franklin, P.O. Box 880, Toccoa, GA 30577-0880 |
| 5642016 | ^ | MEBN | Aug 04 2026 19:52:14 | COASTAL CREDIT C/O WESTLAKE PORTFOLIO MANAGEMENT, 4751 WILSHIRE BLVD SUITE 100, LOS ANGELES, CA 90010-3847 |
| 5615383 | | Email/Text: EBN@Mohela.com | Aug 04 2026 19:57:00 | Mohela, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5618964 | + | Email/Text: BKNC@rlselaw.com | Aug 04 2026 19:57:00 | Natalie Kareda Brown, Rubin Lublin, LLC, For Select Portfolio Servicing, Inc. as, 3145 Avalon Ridge Place Suite 100, Peachtree Corners, GA 30071-1570 |
| 5615385 | | EDI: PRA.COM | Aug 04 2026 23:48:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5634128 | | EDI: PRA.COM | Aug 04 2026 23:48:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5623497 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 04 2026 19:57:00 | SANTANDER CONSUMER USA Inc., 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |
| 5615386 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 04 2026 19:57:00 | Select Portfolio, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 5615387 | | Email/Text: bankruptcycourt@towerloan.com | Aug 04 2026 19:57:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5627879 | + | Email/Text: bankruptcycourt@towerloan.com | Aug 04 2026 19:57:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5647309 | ^ | MEBN | Aug 04 2026 19:52:37 | U.S. Bank Trust Company, National Association, as, C/O Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 11

District/off: 0538-6          User: mssbad          Page 2 of 2

Date Rcvd: Aug 04, 2026          Form ID: ntcds13v          Total Noticed: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | SELECT PORTFOLIO SERVICING, INC. AS SERVICER FOR U |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Natalie Kareda Brown | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank Nat nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| Natalie Kareda Brown | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. AS SERVICER FOR U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOL nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lisa Otis Davis trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 6

Form ntcds13v (12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.:  26−50104−KMS
Chapter:  13

In re:
  Lisa Otis Davis
  aka Lisa O Davis
  607 Martin Luther King Jr Dr
  Poplarville, MS 39470

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
  xxx−xx−8048

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

    You are hereby notified that on August 3, 2026, <u>Lisa Otis Davis</u> (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 34). On August 4, 2026, the court entered an *ex parte* order (Dkt. # 35) granting the Debtor's Motion.

    Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.


  Dated: 8/4/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790